IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 FEB 22  P 2: 31

FEB 22 2002



| YOUNG AGAIN PRODUCTS, INC., *et al.*, | CIVIL ACTION NO. L-99-732 |
|---|---|
| v. | |
| TAYLOR COMMUNICATIONS, INC., *et al.*, | CONSOLIDATED ACTION |
| - - - - - - - - - - - - - - - - - - - | |
| TRIAD ML MARKETING | *L - 00 - 1068* |
| v. | |
| YOUNG AGAIN PRODUCTS, INC. *et al.* | |

## STIPULATION OF DISMISSAL

Defendants Taylor Communications, Inc. and Matt Golden, by their undersigned counsel

and pursuant to Federal Rule of Civil Procedure 41, hereby join in and stipulate to the dismissal

with prejudice of the above captioned consolidated action.

Respectfully submitted,

DATED:  January 15, 2002

PATRICK K. McCOYD, ESQUIRE
POST & SCHELL, P.C.
1800 JFK Blvd. — 19th Floor
Philadelphia, PA  19103
(215) 587-1000

JOSEPH F. ZAUNER, III, ESQUIRE
MASON, KETTERMAN & MORGAN
Suite 1700
100 N. Charles Street
Baltimore, MD  21201
(410) 962-0500

Attorneys for Defendants
Taylor Communications, Inc. and Matthew Golden

APPROVED THIS 22nd DAY OF FEBRUARY, 2002

BENSON EVERETT LEGG, U.S.D.J.

FEB 22 2002

## CERTIFICATE OF SERVICE

I, PATRICK K. McCOYD, ESQUIRE, hereby certify that on this date I caused a true and correct copy of the foregoing Stipulation of Dismissal to be served by U.S. First Class Mail, postage pre-paid, upon the following at the addresses indicated:

Mark A. Freeman, Esquire
Thomas Freeman, Esquire
FREEMAN & FREEMAN, P.C.
One Church Street, Suite 200
Rockvill, Maryland  20850
(301) 315-0200
Attorneys for Young Again Products,
Roger Mason and Ivey Mason

V. Erik Petersen, Esquire
MONTE & McGRAW
4007 Skippack Pike
P.O. Box 650
Skippack, Pennsylvania  19474
Attorneys for Triad ML Marketing, Inc. and King Media

DATED: 1/15/2002

Patrick K. McCoyd, Esquire



PATRICK K. McCOYD
Direct Dial: 215-587-1057
PMcCoyd@PostSchell.com
File #: 104064

FEB 2 2 2002

January 15, 2002

Clerk of Court
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

**RE:   Young Again Products, Inc., et al. v. Taylor Communications, Inc., et al.; Civil Action No. L 99-732**

PENNSYLVANIA

Dear Sir or Madam:

PHILADELPHIA

PITTSBURGH        Enclosed please find Defendants Taylor Communications and Matthew Golden's joinder in
                  and stipulation to the dismissal of the above referenced consolidated action, with prejudice.
HARRISBURG        Should you have any questions, please feel free to contact me.

LANCASTER

                  Respectfully,
ALLENTOWN

NEW JERSEY        PATRICK K. McCOYD

VOORHEES
                  PKM:vmh
                  Enclosure
                  cc:   Mark Freeman, Esquire (w/enc.)
                        V. Erik Petersen, Esquire (w/enc.)

1800 JOHN F. KENNEDY BOULEVARD   PHILADELPHIA, PA 19103-7480   215.587.1000   WWW.POSTSCHELL.COM

A PENNSYLVANIA PROFESSIONAL CORPORATION